1  **ROGER T. NUTTALL  #42500**
   **NUTTALL & COLEMAN**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant
   VICTOR ALAN LANG
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10 * * * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: **CR-F-03-5383 AWI**
12 |         Plaintiff,        |
13 | vs.                        | **STIPULATION RE: CONTINUANCE OF TRIAL**
14 | VICTOR ALAN LANG,          | **And**
15 |         Defendant.         | **O R D E R**

16

17 **IT IS HEREBY STIPULATED** by and between attorneys for the

18 respective clients that the filing of motions, the Trial

19 Confirmation and the Trial dates be continued as follows:

20                              Current Dates    Continued Dates

21 Motions in Limine Due:         7-25-05          9-19-05

22 Government Response Due:       8-8-05           10-3-05

23 Trial Confirmation and Hearing

24      on Motions:               8-22-05          10-17-05 @ 9:00

25 Jury Trial:                    9-7-05           11-1-05 @ 8:30

26    This continuance is requested by counsel for Defendant,

27 VICTOR LANG, due to the fact that counsel still needs additional

28 time for investigation and preparation of motions.

1  Counsel for Defendant has spoken with Assistant U. S.
2  Attorney, JONATHAN B. CONKLIN, who has no objection to this
3  continuance.
4  The parties agree that time shall be excluded based upon
5  the preservation of continuity of all counsel.
6  DATED: July 25, 2005.
7                                    NUTTALL & COLEMAN
8                                    /S/ Roger T. Nuttall
9                              By: _____
                                     ROGER T. NUTTALL
10                                   Attorneys for Defendant,
                                     VICTOR LANG
11
12  DATED: July 25, 2005.
13
                                     /S/ Jonathan B. Conklin
14                             By: _____
                                     JONATHAN B. CONKLIN
15                                   Assistant U.S. Attorney
16

17                              **O R D E R**

18  IT IS SO ORDERED.
19  **Dated:   July 28, 2005**              **/s/ Anthony W. Ishii**
20  0m8i78                                 UNITED STATES DISTRICT JUDGE

2